**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: § | Case No. 13-27737 |
| Pedro Padilla § | Chapter 7 |
| Maria Socorro Bibian § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date:       9/5/14
Time:       9:00 a.m.
Location:   Joliet City Hall
            Second Floor
            150 West Jefferson Street
            Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 7/31/14          By:   /s/ Joji Takada
                                    Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Pedro Padilla § Case No. 13-27737
Maria Socorro Bibian §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,780.00 |
| and approved disbursements of | $ | 70.00 |
| leaving a balance on hand of[1] | $ | 6,710.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,428.00 | $ 0.00 | $ 1,428.00 |
| Trustee Expenses: Joji Takada | $ 920.00 | $ 0.00 | $ 920.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $   2,348.00 |
| Remaining Balance | $   4,362.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,804.18  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 1,804.18 | $ 0.00 | $ 1,804.18 |
| | Total to be paid to priority creditors | | | $ 1,804.18 |
| | Remaining Balance | | | $ 2,557.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,374.91  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 10,988.46 | $ 0.00 | $ 1,617.65 |
| 3 | Collecto Us Asset Managemnt, Inc. | $ 345.56 | $ 0.00 | $ 50.87 |
| 4 | Cavalry Spv I, Llc | $ 431.96 | $ 0.00 | $ 63.59 |
| 5 | American Infosource Lp As Agent For | $ 347.56 | $ 0.00 | $ 51.17 |
| 6 | Quantum3 Group Llc As Agent For | $ 1,889.00 | $ 0.00 | $ 278.09 |
| 7 | American Infosource Lp As Agent For | $ 1,264.52 | $ 0.00 | $ 186.15 |
| 8 | American Infosource Lp As Agent For | $ 710.08 | $ 0.00 | $ 104.53 |
| 9 | Dr. Ahsan & Assoc. | $ 738.13 | $ 0.00 | $ 108.66 |
| 10 | American Infosource Lp As Agent For | $ 659.64 | $ 0.00 | $ 97.11 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,557.82 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                            Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-27737-BWB
Pedro Padilla                                                         Chapter 7
Maria Socorro Bibian
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann            Page 1 of 2         Date Rcvd: Jul 31, 2014
                              Form ID: pdf006           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2014.
```
db/jdb       +Pedro Padilla,    Maria Socorro Bibian,    2301 Misty Creek Trail,    Bolingbrook, IL 60490-5064
21262013     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
20708815     +Ars Account Resolution (original Credito,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
20708816     +Banamex Usa,    2029 Century Park E Fl 4,    Los Angeles, CA 90067-2901
20708811     +Bibian Maria Socorro,    2301 Misty Creek Trail,    Bolingbrook, IL 60490-5064
20708817     +Bk Of Amer,    55 Challenger Rd.,    Ridgefield Park, NJ 07660-2102
20708812     +C David Ward,    1480 N Orchard Rd Ste 110,    Aurora, IL 60506-7940
20708818     +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
20708819     +Cbcs (original Creditor:at T Mobility),    Po Box 164089,    Columbus, OH 43216-4089
20708820     +Cbe Group (original Creditor:comed Resid,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
20708821     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
20708823     +Collection Prof/lasal (original Creditor,    723 1st St,    La Salle, IL 61301-2535
20708824      Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
21222487     +Dr. Ahsan & Assoc.,    c/o Collection Professionals Inc.,    P.O. Box 416,    Lasalle, Il 61301-0416
20708826     +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
20708829     +Merchants Cr (original Creditor:medical),    223 W Jackson St Suite 900,    Chicago, IL 60606-6912
20708830     +Merchants Credit Guide (original Credito,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
20708810     +Padilla Pedro,    2301 Misty Creek Trail,    Bolingbrook, IL 60490-5064
20708831     +Qualia Collection Serv (original Credito,    1444 N Mcdowell Blvd,    Petaluma, CA 94954-6515
20708832     +Stellar Recovery Inc (original Creditor:,    1327 Us Highway 2 W,    Kalispell, MT 59901-3413
20708833    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD  21701)
20708834      West Asset Management (original Creditor,    2703 W Highway 75,    Sherman, TX 75092
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20708814      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 01 2014 01:27:18      American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL  60123
20708813     +E-mail/Text: acsofcalifornia@gmail.com Aug 01 2014 01:27:23
               Allied Collection Svcs (original Credito,    7120 Hayvenhurst Ave Ste,    Van Nuys, CA 91406-3843
21201177      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2014 01:34:28
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
21103222      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2014 01:39:07
               American InfoSource LP as agent for,    Presence Health,    PO Box 248838,
               Oklahoma City, OK  73124-8838
20973705     +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Aug 01 2014 01:27:44
               COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: AT&T MOBILITY
21059083     +E-mail/Text: bankruptcy@cavps.com Aug 01 2014 01:27:50      Cavalry SPV I, LLC,
               assignee of HSBC Bank Nevada NA,    Capital One USA NA,    500 Summit Lake Drive, Ste 400,
               Valhalla, NY 10595-1340
20708822     +E-mail/Text: customerservice@jolietcity.org Aug 01 2014 01:26:58      City Of Joliet,
               150 W. Jefferson,    Joliet, IL 60432-4158
20887985      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2014 01:39:04      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20708825     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2014 01:39:04      Discover Fin Svcs Llc,
               2500 Lake Cook Rd.,    Riverwoods, IL 60015-1838
20708827      E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2014 01:38:58      Green Tree Servicing L,
               332 Minnesota St Ste 610,    Saint Paul, MN  55101
20708828      E-mail/Text: cio.bncmail@irs.gov Aug 01 2014 01:26:00      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA  19101-7346
21108533      E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2014 01:26:43
               Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: pseamann              Page 2 of 2              Date Rcvd: Jul 31, 2014
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2014                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
              C David Ward    on behalf of Joint Debtor Maria Socorro Bibian cdward1945@yahoo.com,
               ladylaw1031@msn.com
              C David Ward    on behalf of Debtor Pedro   Padilla cdward1945@yahoo.com,   ladylaw1031@msn.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```