UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Pedro Padilla | § | Case No. 13-27737 |
| Maria Socorro Bibian | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee              , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

　　　　4) This case was originally filed under chapter　　on　　　　. The case was pending for　　months.

　　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　　Dated: _____　By:/s/Joji Takada, Chapter 7 Trustee_____
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50702 |  |  |  |  |  |
|  | Green Tree Servicing L 332 Minnesota St Ste 610 Saint Paul, MN  55101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 2 | Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Collection Svcs (original Credito 7120 Hayvenhurst Ave Ste Van Nuys, CA  91406 | | | | | |
| | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL  60123 | | | | | |
| | Ars Account Resolution (original Credito 1801 Nw 66th Ave Ste 200 Plantation, FL  33313 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banamex Usa 2029 Century Park E Fl 4 Los Angeles, CA 90067 | | | | | |
| | Bk Of Amer 55 Challenger Rd. Ridgefield Park, NJ 07660 | | | | | |
| | Cap One Po Box 5253 Carol Stream, IL  60197 | | | | | |
| | Cbcs (original Creditor:at T Mobility) Po Box 164089 Columbus, OH  43216 | | | | | |
| | Cbe Group (original Creditor:comed Resid 1309 Technology Pkwy Cedar Falls, IA  50613 | | | | | |
| | Chase 800 Brooksedge Blvd. Westerville, OH  43081 | | | | | |
| | City Of Joliet 150 W. Jefferson Joliet, IL  60432 | | | | | |
| | Collection Prof/lasal (original Creditor 723 1st St La Salle, IL  61301 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Prof/lasal (original Creditor 723 1st St La Salle, IL 61301 | | | | | |
| | Collection Prof/lasal (original Creditor 723 1st St La Salle, IL 61301 | | | | | |
| | Collection Prof/lasal (original Creditor 723 1st St La Salle, IL 61301 | | | | | |
| | Collection Prof/lasal (original Creditor 723 1st St La Salle, IL 61301 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Discover Fin Svcs Llc 2500 Lake Cook Rd. Riverwoods, IL 60015 | | | | | |
| | Merchants Cr (original Creditor:medical) 223 W Jackson St Suite 900 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide (original Credito 223 W Jackson Blvd Ste 4 Chicago, IL  60606 | | | | | |
| | Qualia Collection Serv (original Credito 1444 N Mcdowell Blvd Petaluma, CA 94954 | | | | | |
| | Stellar Recovery Inc (original Creditor: 1327 Us Highway 2 W Kalispell, MT  59901 | | | | | |
| | West Asset Management (original Creditor 2703 W Highway 75 Sherman, TX 75092 | | | | | |
| 10 | American Infosource Lp As Agent For | | | | | |
| 5 | American Infosource Lp As Agent For | | | | | |
| 7 | American Infosource Lp As Agent For | | | | | |
| 8 | American Infosource Lp As Agent For | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Cavalry Spv I, Llc | | | | | |
| 3 | Collecto Us Asset Managemnt, Inc. | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 9 | Dr. Ahsan & Assoc. | | | | | |
| 6 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-27737 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Pedro Padilla | | | | Date Filed (f) or Converted (c): | 07/10/2013 (f) |
| | Maria Socorro Bibian | | | | 341(a) Meeting Date: | 08/06/2013 |
| For Period Ending: | 03/27/2015 | | | | Claims Bar Date: | 12/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Property At 306 Comstock St., Joliet, Il 60436 | 55,900.00 | 0.00 | OA | 0.00 | FA |
| 2. Residence At 2301 Misty Creek Trail, Bolingbrook, Il 60490 | 265,002.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand. | 100.00 | 0.00 | | 0.00 | FA |
| 4. Fifth Third Bank Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods And Furnishings. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel. | 600.00 | 0.00 | | 0.00 | FA |
| 7. State Farm Term Life Insurance Policy. No Cash Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Wyndham Hotels 401 K Loans Against In The Amount Of $7072.1 | 46,793.43 | 0.00 | | 0.00 | FA |
| 9. 2003 Honda Accord | 1,700.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Mitsubishi Galant 1/2 Interest With Daughter Fmv $100 | 500.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Honda Ridgeline | 9,500.00 | 0.00 | | 0.00 | FA |
| 12. Rent Income (u) | 0.00 | 0.00 | | 6,780.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $381,095.43 | $0.00 | | $6,780.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had rental property that was occupied by tenant; Debtor was not making payments on mortgage and was using rents for living expenses; Tenant instructed to pay rents to Trustee; Trustee currently receiving rental payments.

Telephone conference with accountant R. Matsui; No tax returns needed for this case - Joji Takada 5/22/2014

TFR prepared/filed. -- Joji Takada 7/31/2014

TDR to be prepared/filed - Joji Takada 11/30/2014

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Initial Projected Date of Final Report (TFR): 07/10/2014     Current Projected Date of Final Report (TFR): 06/30/2014     Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-27737 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Pedro Padilla | Bank Name: The Bank of New York Mellon |
| Maria Socorro Bibian | Account Number/CD#: XXXXXX8040 |
| | Checking |
| Taxpayer ID No: XX-XXX0421 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/13 | 12 | Pedro Padilla | Post Petition Rent Proceeds | 1222-000 | $860.00 | | $860.00 |
| 10/10/13 | 12 | Irma Santos | Post Petition Rent Proceeds | 1222-000 | $860.00 | | $1,720.00 |
| 10/10/13 | 12 | Irma Santos | Post Petition Rent Proceeds | 1222-000 | $860.00 | | $2,580.00 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,570.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,560.00 |
| 12/16/13 | 12 | Irma Scott | Accounts Receivable | 1222-000 | $860.00 | | $3,420.00 |
| 01/06/14 | 12 | Irma Santos | Post Petition Rent Proceeds | 1222-000 | $860.00 | | $4,280.00 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,270.00 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,260.00 |
| 02/11/14 | 12 | Irma Santos | Post Petition Rent Proceeds | 1222-000 | $760.00 | | $5,020.00 |
| 02/11/14 | 12 | Irma Santos | Post Petition Rent Proceeds | 1222-000 | $860.00 | | $5,880.00 |
| 03/05/14 | 12 | Irma Santos | Post Petition Rent Proceeds | 1222-000 | $860.00 | | $6,740.00 |
| 03/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,730.00 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,720.00 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,710.00 |
| | | | Page Subtotals: | | $6,780.00 | $70.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-27737 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Pedro Padilla | Bank Name: | The Bank of New York Mellon |
| Maria Socorro Bibian | Account Number/CD#: | XXXXXX8040 |
| | | Checking |
| Taxpayer ID No: XX-XXX0421 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/27/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,428.00 | $5,282.00 |
| 09/09/14 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $920.00 | $4,362.00 |
| 09/09/14 | 100003 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution per court order. | 5800-000 | | $1,804.18 | $2,557.82 |
| 09/09/14 | 100004 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $1,617.65 | $940.17 |
| 09/09/14 | 100005 | Collecto Us Asset Managemnt, Inc.<br>C O Jefferson Capital Systems Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: At&T Mobility | Final distribution per court order. | 7100-000 | | $50.87 | $889.30 |
| 09/09/14 | 100006 | Cavalry Spv I, Llc<br>Assignee Of Hsbc Bank Nevada Na<br>Capital One Usa Na<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution per court order. | 7100-000 | | $63.59 | $825.71 |
| 09/09/14 | 100007 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $51.17 | $774.54 |
| 09/09/14 | 100008 | Quantum3 Group Llc As Agent For<br>Quantum3 Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $278.09 | $496.45 |
| 09/09/14 | 100009 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution per court order. | 7100-000 | | $186.15 | $310.30 |
| 09/09/14 | 100010 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution per court order. | 7100-000 | | $104.53 | $205.77 |

Page Subtotals: $0.00   $6,504.23

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-27737 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Pedro Padilla | Bank Name: The Bank of New York Mellon | |
| Maria Socorro Bibian | Account Number/CD#: XXXXXX8040 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0421 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/27/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 100011 | Dr. Ahsan & Assoc. C/O Collection Professionals Inc. P.O. Box 416 Lasalle, Il 61301 | Final distribution per court order. | 7100-000 | | $108.66 | $97.11 |
| 09/09/14 | 100012 | American Infosource Lp As Agent For Directv, Llc Mail Station N387 2230 E Imperial Hwy El Segundo, Ca 90245 | Final distribution per court order. | 7100-000 | | $97.11 | $0.00 |
| 11/14/14 | 100003 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Final distribution per court order. Reversal Stop order on check; IRS communicated check never received; Check to be reissued. | 5800-000 | | ($1,804.18) | $1,804.18 |
| 11/15/14 | 100013 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | Final distribution to claim Reissued check to IRS | 5800-000 | | $1,804.18 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,780.00 | $6,780.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,780.00 | $6,780.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,780.00 | $6,780.00 |

Page Subtotals: $0.00 $205.77

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8040 - Checking | $6,780.00 | $6,780.00 | $0.00 |
|  | $6,780.00 | $6,780.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,780.00 |
| Total Gross Receipts: | $6,780.00 |

Page Subtotals:    $0.00    $0.00